UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

GREGORY CORREIA,

    Plaintiff,

v.

US DEPT. OF JUSTICE, et al.,

    Defendants.

**ORDER**
Civil No. 12-1339 (MJD/LIB)

---

Gregory Correia, pro se.

---

    The above-entitled matter comes before the Court on Plaintiff Gregory Correia's appeal of Magistrate Judge Leo I. Brisbois's June 7, 2012 Order requiring Plaintiff to pay an initial partial filing fee of not less than $125.82, as required under 28 U.S.C. § 1915(b).  [Docket No. 4.]  The Court has carefully considered the entire record in this matter and concludes that oral argument is unnecessary.

    This Court will reverse a Magistrate Judge's order on a nondispositive issue only if that order is clearly erroneous or contrary to law.  28 U.S.C. § 636(b)(1)(A); D. Minn. L.R. 72.2(a).  The Court has reviewed the submissions and the record in this case and concludes that Magistrate Judge Brisbois's June 7,

2012 Order is neither clearly erroneous nor contrary to law.  Therefore, the Order

is affirmed.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that:

1. Magistrate Judge Leo I. Brisbois's June 7, 2012 Order [Docket No. 3.] is **AFFIRMED**.

2. Plaintiff Gregory Correia's appeal [Docket No. 4] is **DENIED**.


Dated:  July 13, 2012               s/ Michael J. Davis
                                    Michael J. Davis
                                    Chief Judge
                                    United States District Court