UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Gregory Correia,

        Plaintiff,

                                  ORDER ADOPTING
v.                           REPORT AND RECOMMENDATION

U.S. Department of Justice,
et al.,

        Defendants.                   Civ. No. 12-1339 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

Plaintiffs' Complaint [Docket No. 1] is DISMISSED WITHOUT PREJUDICE for failure to comply with this Court's Orders of June 7, 2012 and August 1, 2012, and for lack of prosecution

DATED: October 1, 2012                      s/Michael J. Davis
At Minneapolis, Minnesota             Michael J. Davis, Chief Judge
                                               United States District Court